UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 20-60005-CIV-MORENO

MARTHA NEGRETHE,

    Plaintiff,

vs.

ANDREW SAUL, Commissioner of Social Security,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Jared M. Strauss, United States Magistrate Judge, for a Report and Recommendation on the cross motions for summary judgment (**D.E. 32, 33**). The Magistrate Judge filed a Report and Recommendation (**D.E. 36**) on **April 14, 2021**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Jared M. Strauss's Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that Plaintiff's motion for summary judgment is DENIED and Defendant's motion for summary judgment is GRANTED for the reasons stated in the Report and Recommendation.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th of June 2021.

*/s/ Federico A. Moreno*
_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jared M. Strauss

Counsel of Record